# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 29, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134149

SAM'S TOWN AND COUNTRY MARKET,
INC., BUTTY BROTHERS, INC., and
SAMMY BUTTY,
    Plaintiffs-Appellants,

v

                SC: 134149
                COA: 270940
                Oakland CC: 2005-065735-NM

MIHELICH & KAVANAUGH, P.L.C.,
JOSEPH E. MIHELICH, KEVIN RICHARD
LYNCH, JESSICA B. CUMMINGS, and
MICHAEL KAVANAUGH,
    Defendants-Appellees.

_____/

   On order of the Court, the application for leave to appeal the March 20, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 29, 2007

d1022

_____
Clerk